**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

**No. 00-40093**
**Summary Calendar**
**Civil Docket #C-99-CV-90**

_____

**JUNE SHULTZ,**

**Plaintiff-Appellant,**

**versus**

**CITY OF CORPUS CHRISTI,**

**Defendant-Appellee.**

_____

Appeal from the United States District Court
for the Southern District of Texas
_____

January 8, 2001

Before DAVIS, JONES, and DeMOSS, Circuit Judges.

EDITH H. JONES, Circuit Judge:[*]

The court has carefully reviewed this appeal in light of the briefs, pertinent portions of the record, and the comprehensive district court opinion. We find no reversible error of law or fact and affirm the grant of summary judgment to the City for essentially the reasons articulated by the district court's opinion entered January 19, 2000.

**AFFIRMED.**

_____

[*] Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.